**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ARNESIA NICHELLE POWELL,

    Plaintiff,

vs.                                                 Case No.  3:12-cv-190-J-34JRK

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 22; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 31, 2013.  In the Report, Magistrate Judge Klindt recommends that the Commissioner of Social Security's (the Commissioner) decision be reversed and the case remanded to the ALJ for further proceedings.  See Report at 19.  The Commissioner has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 22) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) and pursuant to 1383(c)(3) **REVERSING** the Commissioner's final decision and **REMANDING** this matter to the ALJ with instructions to:

- (A) Reevaluate the effects of Plaintiff's mental condition, being sure to include an evaluation of the notes and opinion of treating psychologist Jacki Nesbitt, Psy.D. and to account for any functional limitations in the residual functional capacity and hypothetical;
- (B) Reevaluate whether Plaintiff's left shoulder issues constitute a severe impairment and whether limitations resulting therefrom need to be included in the residual functional capacity and hypothetical;
- (C) Reevaluate Plaintiff's allegations of side effects and her credibility; and
- (D) Take such other action as may be necessary to resolve this claim properly.

3. The Clerk of the Court is further directed to close the file.

4. In the event benefits are awarded on remand, Plaintiff's counsel shall ensure that any Section 406(b) or 1383(d)(2) fee application is filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. §§ 406(b) and 1383(d)(2)).

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of February, 2013.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record